UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR VELAZQUEZ<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>JOHNSON DELI NY INC., et al.,<br><br>　　　　　　　Defendant. | 23-CV-07289 (MKV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　By Order of Reference dated January 8, 2024 (ECF 15), Judge Mary Kay Vyskocil referred this case to Magistrate Judge James L. Cott for settlement. On January 9, 2024, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Tuesday, March 26, 2024**, **at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

　　If this date is not convenient for the parties, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov on or before **January 17, 2024**, to propose three alternative dates and times for the settlement conference during the week of March 25, 2024.

　　Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my

Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, March 19, 2024, at 5:00 p.m**.

DATED:  January 10, 2024
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge