UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR VELAZQUEZ,<br><br>               Plaintiff,<br><br>-against-<br><br>JOHNSON DELI NY INC., ET AL.,<br><br>              Defendants. | 23-CV-07289 (MKV)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for March 26, 2024. It is now rescheduled to **Monday, March 18, 2024 at 2:00 p.m** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Monday, March 11, 2024, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  February 16, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge