> Plaintiff's request to adjourn the settlement conference scheduled on March 18th is GRANTED. The conference will be rescheduled on a separate order.
>
> Date: 3/5/2024
> New York, NY
>
> SO ORDERED
> *[signature]*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

February 28, 2024

**MOTION TO ADJOURN
SETTLEMENT CONFERENCE**

**VIA ECF AND E-MAIL TO CHAMBERS**
Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Velazquez. v. Johnson Deli NY Inc., et al.*
      Case No. 23-CV-7289 (MKV)(RFT)

Dear Judge Tarnofsky,

  We are counsel to the plaintiff in the above-referenced matter. A settlement conference is scheduled before Your Honor on March 18th at 2:00 p.m. [Docket 17]. This is plaintiff's motion pursuant to the court's individual practices, Sec. V(L), for an adjournment of the settlement conference.

  At this juncture, the court does not require cause for changing the date, which we believe is premature in light of the status of discovery. We have sought defense counsel's availability, and she has not responded. Plaintiff respectfully suggests April 10, 11, or 16 for the conference.

  We thank the court for its consideration of this request.

            Respectfully submitted,
            CILENTI & COOPER, PLLC

            *Peter Hans Cooper, Esq.*
       By: _____
            Peter Hans Cooper

cc: Counsel of Record (by E-mail and ECF)