UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/9/2024
```

CESAR VELAZQUEZ,

                          Plaintiff,

            -against-

JOHNSON DELI NY INC. and NAJI
ALHUMAIDI,

                          Defendants.

1:23-cv-07289-MKV

**<u>ORDER</u>**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Status Conference scheduled for April 12, 2024 at 11:00 AM is ADJOURNED *sine die.*  A Post-Discovery Conference remains scheduled for May 21, 2024 at 2:30 PM.  [*See* ECF No. 23].

IT IS FURTHER ORDERED that the parties' pending discovery dispute regarding Plaintiff's First Request for Production of Documents ("RFP") [ECF No. 21] is resolved as follows:

(1) Defendants are ORDERED to produce "any and all correspondence between" Plaintiff and Defendants, consistent with RFP No. 1.

(2) Defendants are ORDERED to produce the documents requested in RFP Nos. 3, 8, 37, and 38 only insofar as those documents relate to Plaintiff.  Defendants are not required to produce documents relating to similarly situated employees.  Responsive documents may be redacted as to privileged material.

(3) The parties are ORDERED to enter into a confidentiality stipulation no later than April 16, 2024.

(4) After a confidentiality stipulation has been executed, Defendants are ORDERED to produce the documents requested in RFP Nos. 18, 19, 23, and 25, except that responsive documents may be redacted to show Defendants' annual gross sales.

**SO ORDERED.**

**Date:  April 9, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**