**Augello Law Group, P.C.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024
```

*Cynthia A. Augello, Esq.*
*Managing Partner (admitted in NY, NJ, CA)*
*347-588-1932*
*cynthia@augellolaw.com*

June 4, 2024

**VIA ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Velazquez. v. Johnson Deli NY Inc., et al.*
               Case No. 23-CV-7289 (MKV)

Dear Judge Vyskocil,

    We are counsel to the Defendants in the above-referenced matter.  At this time, we write with the consent of Plaintiff to respectfully request an adjournment of the conference scheduled for June 11, 2024.  The reason for this request is that the Parties have scheduled a mediation session to take place on June 19, 2024 and we are hopeful that the case will be resolved at that session.

    If the Court should grant this request, Counsel for the Parties have conferred as to their availability for a conference subject to the Court's calendar.  Both Counsel are available July 8, 2024-July 12, 2024.  If this Court should not agree to the adjournment, we respectfully request a one-day extension of time to file the required Pre-Conference Status Letter.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

AUGELLO LAW GROUP

By: /s/ Cynthia A. Augello
*Attorneys for Defendants*
260 W 36th Street, Suite 605
New York, New York  10018
Tel: 347-588-1932
cynthia@augellolaw.com

cc:  All Parties via ECF

---

**GRANTED.  The Post-Discovery Conference scheduled for June 11, 2024 at 11:00 AM is ADJOURNED to July 9, 2024 at 10:30 AM.  The parties are DIRECTED to submit a joint letter as required by the Case Management Plan one week in advance of the Conference, by July 2, 2024.  [ECF No. 14]. The parties are further DIRECTED to file a joint letter by June 26, 2024 informing the Court of the status, but not the substance, of settlement following mediation.  SO ORDERED.**

Date: 6/4/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge