USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

July 3, 2024

**JOINT STATUS REPORT**

**VIA ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Velazquez. v. Johnson Deli NY Inc., et al.*
     <u>Case No. 23-CV-7289 (MKV)</u>

Dear Judge Vyskocil,

 I write to inform the court that the parties reached a settlement in principle during court-annexed mediation today. We will formalize it in the coming weeks and the parties will consent to the Magistrate Judge, who was actively involved in settlement negotiations recently, for review and enforcement of the settlement agreement. As such we respectfully ask the court to adjourn the conference scheduled for next Tuesday July 9th, *sine die*.

 We thank the court for its consideration of this case.

           Respectfully submitted,
           CILENTI & COOPER, PLLC

           *Peter Hans Cooper, Esq.*
      By: _____
           Peter Hans Cooper

**Granted. SO ORDERED.**

Date: 7/3/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge