UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cesar Velazquez,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Johnson Deli NY Inc., et al.,<br><br>                    Defendants. | 23-CV-07289 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 3, 2024, the parties informed the Court of a settlement in principle of this matter involving, among other claims, allegations of FLSA violations. On the same day, the parties consented to my jurisdiction. By September 3, 2024, the parties are directed to make a submission seeking approval for their settlement as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

DATED:  July 17, 2024
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge